IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RESTON LLOYD LTD.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-10278 |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　　Whereas Plaintiff Fredericka Nellon filed the above-referenced case against Defendant Reston Lloyd LTD. on February 12, 2020.

2.　　Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

4.　　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: April 29, 2020　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　Jason M. Leviton, Esq.
　　　　　　　　　　　　　　　　**BLOCK & LEVITON, LLP**
　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Telephone: (617) 398-5600

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff  Fredericka Nellon*

## **CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 29th day of April, 2020.

                                                                                           */s/ Jason M. Leviton*
                                                                                            Jason M. Leviton